# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BUESING CORPORATION,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>HELIX ELECTRIC OF NEVADA, LLC,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-01439-JCM-NJK<br><br>ORDER<br><br>(Docket No. 14) |

　　　　Pending before the Court is a proposed discovery plan seeking a discovery period of nearly double the presumptively reasonable discovery period. *Compare* Docket No. 14 at 2 (seeking discovery period of 328 days) *with* Local Rule 26-1(b)(1) (establishing presumptively reasonable discovery period of 180 days). The only reason provided for this extensive discovery period is that counsel will be busy with trials in other cases, which is not a sufficient reason, standing alone, for such a long discovery period. *See, e.g.*, *Bank of Am., N.A. v. Premier One Holdings, Inc.*, 2015 U.S. Dist. Lexis 146839, *2 (D. Nev. Oct. 29, 2015). Accordingly, the pending discovery plan is **DENIED**. A renewed discovery plan shall be filed by August 23, 2016.

　　　　IT IS SO ORDERED.

　　　　DATED: August 18, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge