1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10
11
12
13
14
15

| | |
|---|---|
| BUESING CORPORATION,          ) | Case No. 2:16-cv-01439-JCM-NJK |
|         Plaintiff(s),          ) | ORDER |
| vs.          ) | (Docket No. 16) |
| HELIX ELECTRIC OF NEVADA, LLC,          ) | |
|         Defendant(s).          ) | |

16      Pending before the Court is the parties' renewed discovery plan.  Docket No. 16.  The parties seek

17   a discovery period of 270 days, roughly 50% more than the presumptively reasonable discovery period.

18   *Compare* Docket No. 16 at 2 *with* Local Rule 26-1(b)(1) (establishing presumptively reasonable discovery

19   period of 180 days).  Moreover, the parties have extended some of the pertinent deadlines from those

20   included in the discovery plan previously denied by the Court.  *Compare* Docket No. 16 at 2 *with* Docket

21   No. 14 at 2.  For good cause shown, the Court will extend the discovery period but not to the extent sought

22   by the parties.  The Court hereby **SETS** deadlines as follows:

23      •      Amending pleadings/adding parties: October 6, 2016;

24      •      Expert disclosure: January 13, 2017;

25      •      Interim status report: January 13, 2017;

26      •      Rebuttal experts: February 13, 2017;

27      •      Discovery cutoff:  March 15, 2017

28      •      Dispositive motions: April 14, 2017

• Joint proposed pretrial order: May 15, 2017

IT IS SO ORDERED.

DATED: August 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2