**DICKINSON WRIGHT PLLC**
Eric D. Hone (Nevada Bar No. 8499)
Email: ehone@dickinsonwright.com
J. Gregory Cahill (Arizona Bar No. 012654)
*Pro Hac Vice* Application Submitted
Email: gcahill@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Tel: (702) 550-4400
Fax: (844) 670-6009

*Attorneys for Plaintiff/Counter-Defendant Buesing Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BUESING CORPORATION, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HELIX ELECTRIC OF NEVADA, LLC, a Nevada Limited Liability Company, dba HELIX ELECTRIC,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:16-cv-01439-JCM-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO DISCLOSE REBUTTAL EXPERT REPORTS**<br><br>**[FIRST REQUEST]** |

Plaintiff/Counter-Defendant Buesing Corporation ("Buesing") and Defendant/Counterclaimant Helix Electric of Nevada, LLC, by and through their respective counsel, hereby stipulate and agree that the parties shall have up to and including March 27, 2017, in which to file and serve any rebuttal expert reports.

This is the first request to extend the rebuttal expert deadline. The request is being made as the parties' respective expert witnesses require additional time to fully review and prepare responses to the other party's expert disclosures. The parties' initial schedule did not provide sufficient time for that work to be adequately performed. Accordingly, this brief extension is requested. The parties do not anticipate that this deadline will need to be further extended.

| | |
|---|---|
| Dated this 27th day of February 2017.<br><br>DICKINSON WRIGHT PLLC<br><br>/s/ Eric D. Hone<br>Eric D. Hone (NV Bar No. 8499)<br>J. Gregory Cahill (AZ Bar No. 012654)<br>*Pro Hac Vice*<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113<br><br>*Attorneys for Plaintiff/Counter-Defendant Buesing Corporation* | Dated this 27th day of February 2017.<br><br>PARKER, NELSON & ASSOCIATES, CHTD.<br><br>/s/ Shana D. Weir<br>Theodore Parker, III (NV Bar No. 4716)<br>Shana D. Weir (NV Bar No. 9468)<br>2460 Professional Court, Suite 200<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Defendant/Counterclaimant Helix Electric of Nevada, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

DATED: February 28, 2017