# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BUESING CORPORATION, ) | |
| Plaintiff, ) | Case No. 2:16-cv-01439-JCM-NJK |
| vs. ) | ORDER |
| HELIX ELECTRIC OF NEVADA, LLC, et al., ) | (Docket No. 29) |
| Defendants. ) | |

Pending before the Court is a stipulation to extend various deadlines, filed on August 9, 2017. Docket No. 29. That stipulation seeks to extend, *inter alia*, the discovery cutoff deadline that has already expired. *See* Docket No. 27 (scheduling order establishing discovery cutoff deadline of July 31, 2017. Parties are generally required to seek relief from deadlines before they expire. *See* Fed. R. Civ. P. 6(b). With respect to discovery deadlines, in particular, parties must file a request to extend at least 21 days before the expiration of the subject deadline for which extension is sought. *See* Local Rule 26-4; *see also* Docket No. 12 at 3 (stipulated discovery plan indicating that "[a]ny stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made no later than 21 days before the subject deadline"). When a request to extend is not timely filed, a showing of excusable neglect must be made in addition to the typical good cause showing. *See, e.g.*, Local Rule 26-4. In this instance, the pending stipulation fails to address–let alone establish–excusable neglect.

Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: August 10, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge