**DICKINSON WRIGHT PLLC**
Eric D. Hone (Nevada Bar No. 8499)
Email: ehone@dickinsonwright.com
J. Gregory Cahill (Arizona Bar No. 012654)
Admitted *Pro Hac Vice*
Email: gcahill@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Tel:  (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Plaintiff/Counter-Defendant*
*Buesing Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BUESING CORPORATION, an Arizona corporation, | Case No. 2:16-cv-01439-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| HELIX ELECTRIC OF NEVADA, LLC, a Nevada Limited Liability Company, dba HELIX ELECTRIC, | **(FIRST REQUEST)** |
| Defendants. | |
| AND RELATED CLAIMS. | |

        Pursuant to LR IA 6-1, Plaintiff/Counter-Defendant Buesing Corporation ("Buesing") and Defendant/ Counterclaimant Helix Electric of Nevada, LLC ("Helix"), by and through their respective counsel, stipulate and agree and further move the Court to extend the time for Plaintiff to respond to Defendant's Motion for Partial Summary Judgment (ECF No. 33) filed on November 27, 2017 from December 18, 2017 to January 8, 2018; and for Defendant to file its Reply by not later than January 18, 2018. The request is made in good faith and not for purposes of delay and as a result of plaintiff's lead counsel having been sick and out of the office for a period of five days and the pending holidays.

/ / /

1        This is the first stipulation for extension of time for Plaintiff to file its response and for

2   Defendant to file its reply to Defendant's Motion for Partial Summary Judgment (ECF No. 33).

3   Dated this 15th day of December 2017.      Dated this 15th day of December 2017.

4   DICKINSON WRIGHT PLLC        PARKER, NELSON & ASSOCIATES,
                                                    CHTD.
5

6   /s/ Eric D. Hone              /s/ Shana D. Weir
    Eric D. Hone (NV Bar No. 8499)     Theodore Parker, III (NV Bar No. 4716)

7   J. Gregory Cahill (AZ Bar No. 012654)  Shana D. Weir (NV Bar No. 9468)
    Admitted *Pro Hac Vice*          2460 Professional Court, Suite 200

8   8363 West Sunset Road, Suite 200    Las Vegas, Nevada  89128
    Las Vegas, Nevada 89113
9

10  *Attorneys for Plaintiff/Counter-Defendant*   *Attorneys for Defendant/Counterclaimant*
    *Buesing Corporation*             *Helix Electric of Nevada, LLC*

11

12

13

14                          **ORDER**

15                IT IS SO ORDERED:

16

17                UNITED STATES DISTRICT JUDGE

18                DATED:  December 19. 2017

19

20

21

22

23

24

25

26

27

28