| | |
|---|---|
| 1 | THEODORE PARKER, III, ESQ.<br>Nevada Bar No. 4716 |
| 2 | SHANA D. WEIR, ESQ.<br>Nevada Bar No. 9468 |
| 3 | **PARKER, NELSON & ASSOCIATES, CHTD.**<br>2460 Professional Court, Suite 200 |
| 4 | Las Vegas, Nevada 89128<br>Telephone: (702) 868-8000 |
| 5 | Facsimile: (702) 868-8001<br>Email: tparker@pnalaw.net; sweir@pnalaw.net |

*Attorneys for Defendant/Counterclaimant*
*Helix Electric of Nevada, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BUESING CORPORATION, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HELIX ELECTRIC OF NEVADA, LLC, a Nevada Limited Liability Company, dba HELIX ELECTRIC,<br><br>Defendant. | Case No.: 2:16-cv-01439-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| HELIX ELECTRIC OF NEVADA, LLC, a Nevada Limited Liability Company,<br><br>Counterclaimant,<br><br>vs.<br><br>BUESING CORPORATION, an Arizona corporation,<br><br>Counterdefendant. | **(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff/Counter-Defendant Buesing Corporation ("Buesing") and Defendant/Counterclaimant Helix Electric of Nevada, LLC ("Helix"), by and through their respective counsel, stipulate and agree and further move the Court to extend the time for Defendant to file its reply in support of its motion for partial summary judgment and response to Plaintiff's cross-motion for partial summary judgment (ECF No(s). 40 and 41), filed on January 8, 2018 from January 18, 2018 to February 1, 2018; and for Plaintiff to file its reply in support of its cross-motion

for partial summary judgment by not later than February 15, 2018. The request is made in good faith and not for purposes of delay and as a result of Plaintiff having filed a cross-motion for summary judgment in response to Defendant's motion for summary judgment that contains 28 exhibits, totally 219 pages. Originally, Defendant's counsel contemplated only filing a reply in support of its motion for summary judgment by January 18, 2018 pursuant to the stipulation and order filed on December 15, 2017 and December 19, 2017, (ECF No(s). 38 and 39), respectively.

This is the first stipulation for extension of time for Defendant to file its reply and response to Plaintiff's cross-motion and for Plaintiff to file its reply in support of its cross-motion for partial summary judgment (ECF No(s). 40 and 41).

DATED this 18th day of January, 2018.                    DATED this 18th day of January, 2018.

**DICKINSON WRIGHT PLLC**                                 **PARKER, NELSON & ASSOCIATES, CHTD.**

 /s/ J. Gregory Cahill                                     /s/ Shana D. Weir
Eric D. Hone (NV Bar No. 8499)                            Theodore Parker, III (NV Bar No. 4716)
J. Gregory Cahill (AZ Bar No. 012654)                     Shana D. Weir (NV Bar No. 9468)
*Admitted Pro Hac Vice*                                   2460 Professional Court, Suite 200
8363 West Sunset Road, Suite 200                          Las Vegas, Nevada 89128
Las Vegas, Nevada 89113

*Attorneys for Plaintiff/Counter-Defendant*               *Attorneys for Defendant/Counterclaimant*
*Buesing Corporation*                                     *Helix Electric of Nevada, LLC*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 19, 2018