# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BUESING CORPORATION,

    Plaintiff(s),

v.

HELIX ELECTRIC OF NEVADA, LLC,

    Defendant(s).

Case No.: 2:16-cv-01439-JCM-NJK

**Order**

[Docket No. 59]

    The parties have included a request for relief within a status report. Docket No. 59. To the extent the parties agree on seeking relief, they must file a proper stipulation that complies with Local Rules IA 6-1 and 6-2, and Local Rule 26-4. The relief sought through the status report is **DENIED** without prejudice.

    IT IS SO ORDERED.

    Dated: May 1, 2019

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge