UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BUESING CORPORATION, | Case No. 2:16-CV-1439 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| HELIX ELECTRIC OF NEVADA, LLC, | |
| Defendant(s). | |

Presently before the court is the matter of *Buesing Corp., an Arizona corp. v. Helix Electric of Nevada, LLC,* case number 2:16-cv-01439-JCM-NJK.

On January 8, 2020, defendant/counterclaimant Helix Electric of Nevada, LLC ("Helix") filed an emergency motion to continue trial. (ECF No. 73). This matter is presently set for trial on January 27, 2020 at 9:00 a.m. (ECF No. 70).

Helix represents that its counsel has a binding arbitration scheduled for January 13, 2020 that is to last two weeks, and a firmly set jury trial scheduled for February 3, 2020 that is to last two weeks. (ECF No. 73). Helix further states that it has attempted to meet and confer with Buesing Corporation's ("Buesing") counsel, and that Buesing counsel J. Gregory Cahill advised he would need to consult his client before consenting to a continuance. *Id*.

Good cause appearing, the court will grant Helix's motion.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Helix's motion to continue trial (ECF No. 73) be, and the same hereby is, GRANTED. The trial set for January 27, 2020 is vacated. The trial is rescheduled for March 23, 2020 at 9:00 a.m., and calendar call is rescheduled for March 18, 2020 at 1:30 p.m.

DATED January 9, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**