# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BUESING CORPORATION, | Case No. 2:16-CV-1439 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| HELIX ELECTRIC OF NEVADA, LLC, | |
| Defendant(s). | |

Presently before the court is the matter of *Buesing Corporation v. Helix Electric of Nevada LLC*, case number 2:16-cv-01439-JCM-NJK. On March 11, 2020, the parties filed a stipulation to continue the five-day bench trial currently set for March 23, 2020. (ECF No. 76).

The parties represent that, while they are ready for trial the week of March 23, Buesing's trial counsel is unavailable the following week. *Id.* at 1–2. Thus, the parties' trial would be unable to continue if there were any delay at trial requiring the second week of the trial stack. Consequently, the court, in an abundance of caution, will continue the trial date.

The parties represent that their next availability would be around July 13, 2020. In light of this representation, court will continue the bench trial until that July 13, 2020, at 9:00 a.m. The parties shall attend calendar call on July 8, 2020, at 1:30 p.m.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' stipulation to continue (ECF No. 76) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that the bench trial set for March 23, 2020, be, and the same hereby is, VACATED. The trial is rescheduled for July 13, 2020, at 9:00 a.m., and calendar call is rescheduled for July 8, 2020, at 1:30 p.m.

DATED March 11, 2020.

                                   _____
                                   UNITED STATES DISTRICT JUDGE