**DICKINSON WRIGHT PLLC**
Taylor Anello (Nevada Bar No. 12881)
Email: tanello@dickinsonwright.com
Michael S. Rubin (Arizona Bar No. 005131)
Admitted *Pro Hac Vice*
Email: mrubin@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (702) 382-1661
Attorneys for Plaintiff/Counter-Defendant
Buesing Corporation

**COMBS LAW GROUP, P.C.**
J. Gregory Cahill (Arizona Bar No. 012654)
Admitted *Pro Hac Vice*
Email: greg@combslawgroup.com
2200 East Camelback Road, Suite 221
Phoenix, Arizona 85016
Tel: (602) 957-9810
Fax: (602) 955-4712
*Attorneys for Plaintiff/Counter-Defendant*
*Buesing Corporation*

**PARKER, NELSON & ASSOCIATES, CHTD.**
Theodore Parker, III, Esq. (Nevada Bar No., 4716)
Email: tparker@pnalaw.net
Mahogany Turfley, Esq. (Nevada Bar No. 13974)
Email: mturfley@pnalaw.net
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant/Counterclaimant*
*Helix Electric of Nevada, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Buesing Corporation, an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Helix Electric of Nevada, LLC, a Nevada Limited Liability Company, dba Helix Electric,<br><br>Defendants. | Case No.: 2:16-cv-01439-JCM-NJK<br><br>**STIPULATION AND ORDER REGARDING TRIAL DATE (THIRD REQUEST)** |
| AND RELATED COUNTERCLAIMS | |

1

The parties, through undersigned counsel, stipulate and agree, and further jointly request, that the court continue the trial of this matter to a date after August 30, 2021. The matter is currently set for a five-day bench trial beginning on February 22, 2021. The parties understand that the matter is set on a two-week trial stack. The parties further understand that trial will not proceed at that time. The parties have conferred and based on the parties and counsels' schedules, they respectfully advise the Court that they are next available for trial and able to try the matter the weeks of August 30, September 6, and September 13, 2021. Accordingly, the parties respectfully request that the trial be continued and set to commence on a date between August 30 and September 13, 2021.

Dated this 19th day of January 2021.

| | |
|---|---|
| **PARKER, NELSON & ASSOCIATES, CHTD**. | **DICKINSON WRIGHT PLLC** |
| /s/ Mahogany Turfley | /s/ Taylor A. Anello |
| Theodore Parker, III (NV Bar No. 4716) | Taylor Anello (NV Bar No. 12881) |
| Mahogany Turfley (NV Bar No. 13974) | Michael S. Rubin (AZ Bar No. 005131) |
| 2460 Professional Court, Suite 200 | 3883 Howard Hughes Parkway, Suite 800 |
| Las Vegas, Nevada 89128 | Las Vegas, Nevada 89169 |
| *Attorneys for Helix Electric of Nevada, LLC* | *Attorneys for Buesing Corporation* |

**COMBS LAW GROUP, PC**

/s/ J. Gregory Cahill
J. Gregory Cahill (AZ Bar No. 012654)
2200 East Camelback Road, Suite 221
Phoenix, Arizona 85016
*Attorneys for Buesing Corporation*

Calendar Call scheduled for September 8, 2021 at 1:30 p.m. in Courtroom 6A. Bench Trial scheduled for September 13, 2021 at 9:00 a.m. in Courtroom 6A.

**ORDER**

IT IS SO ORDERED

_____
U.S. DISTRICT COURT JUDGE

DATED: January 25, 2021

2

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 19th day of January 2021, he caused a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL DATE (THIRD REQUEST)** to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

Theodore Parker, III, Esq.
Mahogany Turfley, Esq.
PARKER, NELSON & ASSOCIATES, CHTD.
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Helix Electric of Nevada, LLC*

J. Gregory Cahill, Esq.
COMBS LAW GROUP, P.C.
2200 East Camelback Road, Suite 221
Phoenix, Arizona 85016

　　　　　　　　　　　　　　　　*/s/ Mark A. Mangiaracina*
　　　　　　　　　　　　　　　　An Employee of Dickinson Wright PLLC