LAW OFFICES
**Broening Oberg Woods & Wilson**
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004-1047
TELEPHONE: (602) 271-7700

J. Gregory Cahill (AZ Bar #012654)
Admitted *Pro Hac Vice*
jgc@bowwlaw.com

**DICKINSON WRIGHT PLLC**
Gabriel A. Blumberg (NV Bar No. 12332)
Email: gblumberg@dickinsonwright.com
Michael S. Rubin (AZ Bar No. 005131)
Admitted *Pro Hac Vice*
Email: mrubin@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax:(844) 670-6009
*Attorneys for Plaintiff/Counter-Defendant*
*Buesing Corporation*

**PARKER, NELSON & ASSOCIATES, CHTD.**
Theodore Parker, III, Esq. (Nevada Bar No. 4716)
Email: tparker@pnalaw.net
Mahogany Turfley, Esq. (Nevada Bar No. 13974)
Email: mturfley@pnalaw.net
PARKER, NELSON & ASSOCIATES, CHTD.
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant/Counterclaimant*
*Helix Electric of Nevada, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Buesing Corporation, an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Helix Electric Of Nevada, LLC, a Nevada Limited Liability Company, dba Helix Electric,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:16-cv-01439-JCM-NJK<br><br>**STIPULATION AND ORDER REGARDING TRIAL DATE (FOURTH REQUEST)** |

1

1   The parties, through undersigned counsel, stipulate and agree, and further jointly request, that the Court continue trial is the matter to the week of January 10, 2022 or January 17, 2022. The matter is currently set for a five day bench trial beginning September 13, 2021. The Court's January 19, 2021 Trial Order (ECF 85) provides that the matter is set on a two-week trial stack. While the parties are ready for trial and able to try the matter the week of September 13, 2021, experts and witnesses are unavailable the week of September 13, 2021.  Accordingly, the matter cannot proceed to trial the week of September 13, 2021, and the parties jointly request that the Court continue the matter to a later date.

   The parties have conferred and, based on the parties and counsels' schedules, they respectfully advise the Court that they are next available for trial at the Court's convenience beginning January 10, 2022. Accordingly, the parties respectfully request that the trial be continued to a date beginning either January 10, 2022 or January 17, 2022.

Dated this 18th day of August, 2021.

BROENING OBERG WOODS & WILSON, P.C.

/s/ J. Gregory Cahill
J. Gregory Cahill (AZ Bar No. 012654)
Admitted *Pro Hac Vice*
2800 North Central Avenue, Suite 1600
Phoenix, AZ 85004-1047

and

Gabriel A. Blumberg (NV Bar No. 12332)
Michael S. Rubin, Esq. *(Admitted Pro Hac Vice)*
DICKINSON WRIGHT, PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
*Attorneys for Plaintiff/Counter-Defendant Buesing Corporation*

Calendar Call scheduled for March 23, 2022 at 1:30 p.m. in Courtroom 6A.
Bench Trial scheduled for March 28, 2022 at 9:00 a.m. in Courtroom 6A.

Dated this 18th day of August, 2021.

PARKER, NELSON & ASSOCIATES, CHTD.

/s/ Theodore Parker
Theodore Parker, III (NV Bar No. 4716)
Mahogany Turfley (NV Bar No. 13974)
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant/Counterclaimant Helix Electric of Nevada, LLC*

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED: August 19, 2021

2

**CERTIFICATE OF SERVICE**

  Pursuant to FRCP Rule 5(b), I certify that I am an employee of PARKER NELSON & ASSOCIATES, CHTD., and that on this 18th day of August 2021, I caused the foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL DATE (FOURTH REQUEST)** to be served by electronic mail and via U.S. Mail with postage prepaid thereon addressed to the following:

Gabriel A. Blumberg, Esq.
Michael S. Rubin, Esq. *(Admitted Pro Hac Vice)*
DICKINSON WRIGHT, PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
(702) 550-4400
Fax: (702) 382-1661
Email: gblumberg@dickinsonwright.com
Email: mrubin@dickinsonwright.com

J. Gregory Cahill, Esq. *(Admitted Pro Hac Vice)*
Broening Oberg Woods & Wilson, P.C.
2800 North Central Avenue, Suite 1600
Phoenix, AZ 85004-1047
(602) 271-7700
Email: jgc@bowwlaw.com
*Attorneys for Plaintiff/Counterdefendant Buesing Corporation*

           /s/ Staci D. Ibarra
           An employee of PARKER NELSON & ASSOCIATES, CHTD.