LAW OFFICES
**Broening Oberg Woods & Wilson**
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004-1047
TELEPHONE: (602) 271-7700

J. Gregory Cahill (AZ Bar #012654)
Admitted *Pro Hac Vice*
jgc@bowwlaw.com

**DICKINSON WRIGHT PLLC**
Gabriel A. Blumberg (NV Bar No. 12332)
Email: gblumberg@dickinsonwright.com
Michael S. Rubin (AZ Bar No. 005131)
Admitted *Pro Hac Vice*
Email: mrubin@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax:(844) 670-6009
*Attorneys for Plaintiff/Counter-Defendant Buesing Corporation*

**PARKER, NELSON & ASSOCIATES, CHTD.**
Theodore Parker, III, Esq. (Nevada Bar No. 4716)
Email: tparker@pnalaw.net
Mahogany Turfley, Esq. (Nevada Bar No. 13974)
Email: mturfley@pnalaw.net
PARKER, NELSON & ASSOCIATES, CHTD.
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant/Counterclaimant Helix Electric of Nevada, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Buesing Corporation, an Arizona Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>Helix Electric of Nevada, LLC, a Nevada Limited Liability Company, dba Helix Electric,<br><br>            Defendants.<br><br>**AND RELATED COUNTERCLAIMS** | Case No.: 2:16-cv-01439-JCM-NJK<br><br>**STIPULATION AND ORDER REGARDING TRIAL DATE**<br><br>**(FIFTH REQUEST)** |

1

1  The parties, through undersigned counsel, stipulate and agree, and further jointly request, that the Court continue trial is the matter to the week of July 25, 2022.  The matter is currently set for a five-day bench trial beginning March 28, 2022. The parties understand that the matter is set on a two-week trial stack.  Helix Electric of Nevada, LLC's counsel, as well as experts and other witnesses, are unavailable the week of March 28, 2022. Accordingly, the matter cannot proceed to trial the week of March 28, 2022, and the parties jointly request that the Court continue the matter to a later date.

The parties have conferred and, based on the parties and counsels' schedules, they respectfully advise the Court that they are next available for trial at the Court's convenience beginning July 25, 2022. Accordingly, the parties respectfully request that the trial be continued to July 25, 2022.

Dated this 11th day of February, 2022.

BROENING OBERG WOODS & WILSON, P.C.

*/s/ J. Gregory Cahill*
J. Gregory Cahill (AZ Bar No. 012654)
Admitted *Pro Hac Vice*
2800 North Central Avenue, Suite 1600
Phoenix, AZ 85004-1047

and

Gabriel A. Blumberg (NV Bar No. 12332)
Michael S. Rubin, Esq. *(Admitted Pro Hac Vice)*
DICKINSON WRIGHT, PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
*Attorneys for Plaintiff/Counter-Defendant Buesing Corporation*

Dated this 11th day of February, 2022.

PARKER, NELSON & ASSOCIATES, CHTD.

*/s/ Theodore Parker*
Theodore Parker, III (NV Bar No. 4716)
Mahogany Turfley (NV Bar No. 13974)
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant/Counterclaimant Helix Electric of Nevada, LLC*

IT IS ORDERED that the calendar call is continued to July 20, 2022, at 1:30 p.m.  FURTHER ORDERED that the trial is continued to July 25, 2022, at 9:00 a.m.

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED:  February 14, 2022
        _____

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5(b), I certify that I am an employee of PARKER NELSON & ASSOCIATES, CHTD., and that on this 11th day of February, 2022, I caused the foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL DATE (FIFTH REQUEST)** to be served via the U.S. District Court CM/ECF filing system as follows:

Gabriel A. Blumberg, Esq.
Michael S. Rubin, Esq. *(Admitted Pro Hac Vice)*
DICKINSON WRIGHT, PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
(702) 550-4400
Fax: (702) 382-1661
Email: gblumberg@dickinsonwright.com
Email: mrubin@dickinsonwright.com

J. Gregory Cahill, Esq. *(Admitted Pro Hac Vice)*
Broening Oberg Woods & Wilson, P.C.
2800 North Central Avenue, Suite 1600
Phoenix, AZ 85004-1047
(602) 271-7700
Email: jgc@bowwlaw.com
*Attorneys for Plaintiff/Counterdefendant Buesing Corporation*

                                         */s/ Staci D. Ibarra*
                                         An employee of PARKER NELSON & ASSOCIATES, CHTD.