LAW OFFICES
**Broening Oberg Woods & Wilson**
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004-1047
TELEPHONE: (602) 271-7700

J. Gregory Cahill (AZ Bar #012654)
Admitted *Pro Hac Vice*
jgc@bowwlaw.com

**DICKINSON WRIGHT PLLC**
Gabriel A. Blumberg (NV Bar No. 12332)
Email: gblumberg@dickinsonwright.com
Michael S. Rubin (AZ Bar No. 005131)
Admitted *Pro Hac Vice*
Email: mrubin@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax:(844) 670-6009
*Attorneys for Plaintiff/Counter-Defendant*
*Buesing Corporation*

**PARKER, NELSON & ASSOCIATES, CHTD.**
Theodore Parker, III, Esq. (Nevada Bar No. 4716)
Email: tparker@pnalaw.net
Mahogany Turfley, Esq. (Nevada Bar No. 13974)
Email: mturfley@pnalaw.net
PARKER, NELSON & ASSOCIATES, CHTD.
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant/Counterclaimant*
*Helix Electric of Nevada, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Buesing Corporation, an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Helix Electric Of Nevada, LLC, a Nevada Limited Liability Company, dba Helix Electric,<br><br>Defendants.<br><br>**And Related Counterclaims** | Case No.: 2:16-cv-01439-JCM-NJK<br><br>**STIPULATION AND ORDER REGARDING TRIAL DATE (SEVENTH REQUEST)** |

1

The parties, through undersigned counsel, stipulate and agree, and further jointly request, that the Court continue the trial due to health issues of trial counsel for Buesing Corporation. The matter is currently set for a five-day bench trial beginning November 14, 2022. The Court's October 27, 2022 Trial Order (ECF 112) provides that the matter is set on a two-week trial stack. While the parties are ready for trial, undersigned counsel for Buesing has had a recent and sudden reduction in vision in both eyes that needs to be addressed by surgery. Surgeries are scheduled for November 29 and December 13, 2022. The current condition of counsel's vision precludes his ability to try this case the week of November 14, 2022. Accordingly, the parties jointly request that the Court continue the matter to a later date.

The parties have conferred, and based on the parties and counsels' schedules, they respectfully advise the Court that they are next available for trial the week of April 24, 2023. Accordingly, the parties respectfully request that the trial be continued to April 24, 2023. This matter is set for calendar call on November 9, 2022 at 1:30 p.m. and the parties intend to appear at that time unless this stipulated motion is earlier granted.

| | |
|---|---|
| Dated this 3rd day of November, 2022 | Dated this 3rd day of November, 2022 |
| **BROENING OBERG WOODS & WILSON, P.C.** | **PARKER, NELSON & ASSOCIATES, CHTD.** |
| /s/ J. Gregory Cahill | /s/ Theodore Parker |
| J. Gregory Cahill (AZ Bar No. 012654) | Theodore Parker, III (NV Bar No. 4716) |
| Admitted *Pro Hac Vice* | Mahogany Turfley (NV Bar No. 13974) |
| 2800 North Central Avenue, Suite 1600 | 2460 Professional Court, Suite 200 |
| Phoenix, AZ 85004-1047 | Las Vegas, Nevada 89128 |
| and | *Attorneys for Defendant/Counterclaimant* |
| Gabriel A. Blumberg (NV Bar No. 12332) | *Helix Electric of Nevada, LLC* |
| Michael S. Rubin, Esq. *(Admitted Pro Hac Vice)* | |
| **DICKINSON WRIGHT, PLLC** | |
| 3883 Howard Hughes Parkway, Suite 800 | |
| Las Vegas, NV 89169 | |
| *Attorneys for Plaintiff/Counter-Defendant Buesing Corporation* | |

2

IT IS ORDERED thsat the Bench trial currently set for November 14, 2022, be continued to April 24, 2023 at 9:00 a.m.; and the calendar call currently set for November 9, 2022, be continued to April 19, 2023, at 1:30 p.m.

**<u>ORDER</u>**

IT IS SO ORDERED

_____
U.S. DISTRICT COURT JUDGE

DATED: <u>November 4, 2022</u>

## CERTIFICATE OF SERVICE

The undersigned, an employee of Broening Oberg Woods Wilson, PC, hereby certifies that on the 3rd day of November 2022, he/she caused a copy of the foregoing Stipulation and [Proposed] Order Regarding Trial Date (seventh request) to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

Theodore Parker, III, Esq.
Mahogany Turfley, Esq.
**PARKER, NELSON & ASSOCIATES, CHTD**
2460 Professional Court, Suite 200
Las Vegas, Nevada  89128
*Attorneys for Helix Electric of Nevada, LLC*

*/s/ Joann M. Mendoza*
An Employee of Broening Oberg Woods Wilson, PC

4