# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BUESING CORPORATION, | Case No. 2:16-CV-1439 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| HELIX ELECTRIC OF NEVADA, LLC, | |
| Defendant(s). | |

The court hereby recalls, rescinds and revokes the oral decision of April 28, 2023, which was the court's unsuccessful and ill-advised attempt to encourage the parties to settle this litigation.

The court will render its final decision on Friday, May 5, 2023, at 1:30 p.m. in courtroom 6A.

DATED May 1, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**