UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BUESING CORPORATION, an Arizona corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HELIX ELECTRIC OF NEVADA, LLC, a Nevada Limited Liability Company, dba HELIX ELECTRIC,<br><br>　　　　　　　　Defendant. | CASE NO.: 2:16-cv-01439-JCM-NJK<br><br>**JUDGMENT IN A CIVIL CASE** |
| HELIX ELECTRIC OF NEVADA, LLC, a Nevada Limited Liability Company,<br><br>　　　　　　　　Counterclaimant,<br><br>vs.<br><br>BUESING CORPORATION, an Arizona corporation,<br><br>　　　　　　　　Counterdefendant. | |

　　　This matter having come to trial before the Court, beginning on April 24, 2023, and occurring day to day thereafter until its completion on April 28, 2023; with Gabriel A. Blumberg, Esq., of the law firm Dickinson Wright PLLC, and J. Gregory Cahill, Esq., of the law firm Broening Oberg Woods & Wilson, P.C., appearing on behalf of Plaintiff/Counter-Defendant, BUESING CORPORATION;

-1-

and Theodore Parker, III, Esq. and Mahogany Turfley, Esq., of the law firm of Parker, Nelson & Associates, Chtd., appearing on behalf of Defendant/Counterclaimant, HELIX ELECTRIC OF NEVADA, LLC. The Court, having reviewed the evidence admitted during trial and having heard and carefully considered the testimony of the witnesses called to testify, and a decision having been rendered by the Court enters judgment as follows:

## JUDGMENT

1. IT IS HEREBY ADJUDGED, ORDERED, and DECREED, that judgment is entered in favor of Defendant/Counterclaimant HELIX ELECTRIC OF NEVADA, LLC, for its breach of contract claim, and against Plaintiff/Counterdefendant BUESING CORPORATION.

2. IT IS HEREBY ADJUDGED, ORDERED, and DECREED, that judgment be entered in favor Defendant/Counterclaimant HELIX ELECTRIC OF NEVADA, LLC, for its breach of contract claim in the amount of Three Hundred Forty-Seven Thousand Six Hundred Forty-Eight Dollars ($347,648.00) against Plaintiff/Counterdefendant BUESING CORPORATION.

3. IT IS HEREBY ADJUDGED, ORDERED, and DECREED, that the breach occurred on October 16, 2015, and that HELIX ELECTRIC OF NEVADA, LLC is entitled to $164,920.88 in pre-judgment interest from October 16, 2015 through May 8, 2023, and post-judgment interest at the rate of $90.48 per day thereafter until the Judgment is paid in full.

4. IT IS HEREBY ADJUDGED, ORDERED, and DECREED that judgment is entered in favor of Defendant/Counterclaimant HELIX ELECTRIC OF NEVADA, LLC, for Plaintiff/Counterdefendant BUESING CORPORATION's claims of breach of contract and breach of implied covenant of good faith and fair dealing.

5. IT IS HEREBY ADJUDGED, ORDERED, and DECREED that judgment is entered in favor of Plaintiff/Counterdefendant BUESING CORPORATION for Defendant/Counterclaimant HELIX ELECTRIC OF NEVADA, LLC's claims of misrepresentation and breach of implied covenant of good faith and fair dealing.

The clerk of the court is instructed to enter judgment accordingly.

IT IS SO ORDERED.

*[signature]*
U.S. DISTRICT COURT JUDGE

DATED: May 12, 2023