LAW OFFICES
**Broening Oberg Woods & Wilson**
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004-1047
TELEPHONE: (602) 271-7700

J. Gregory Cahill (AZ Bar #012654)
Admitted *Pro Hac Vice*
jgc@bowwlaw.com

**DICKINSON WRIGHT PLLC**
Gabriel A. Blumberg (NV Bar No. 12332)
Email: gblumberg@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax:(844) 670-6009

*Attorneys for Plaintiff/Counter-Defendant Buesing Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Buesing Corporation, an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Helix Electric Of Nevada, LLC, a Nevada Limited Liability Company, dba Helix Electric,<br><br>Defendants. | Case No.: 2:16-cv-01439-JCM-NJK<br><br>**STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE AND VACATE JUDGMENT** |

The parties, through undersigned counsel, hereby stipulate that all claims may be dismissed, with prejudice, each party to bear their own fees and costs. The parties further stipulate and agree and request that the Court vacate the Judgment entered by the Court on May 12, 2023 [Doc 145] and May 15, 2023 [Doc. 146].

/

/

/

1

Dated this 26th day of March, 2024.

| | |
|---|---|
| **BROENING OBERG WOODS & WILSON, P.C.** | **PARKER, NELSON & ASSOCIATES, CHTD** |
| */s/ J. Gregory Cahill* | */s/ Theodore Parker* |
| J. Gregory Cahill (AZ Bar No. 012654) | Theodore Parker, III (NV Bar No. 4716) |
| Admitted *Pro Hac Vice* | Mahogany Turfley (NV Bar No. 13974) |
| 2800 North Central Avenue, Suite 1600 | 2460 Professional Court, Suite 200 |
| Phoenix, AZ 85004-1047 | Las Vegas, Nevada 89128 |
| and | *Attorneys for Defendant/Counterclaimant Helix Electric of Nevada, LLC* |

**DICKINSON WRIGHT, PLLC**
*/s/ Gabriel A. Blumberg*
Gabriel A. Blumberg (NV Bar No. 12332)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
*Attorneys for Plaintiff/Counter-Defendant Buesing Corporation*

IT IS SO ORDERED

_____
U.S. DISTRICT COURT JUDGE

DATED: March 29, 2024

2

# CERTIFICATE OF SERVICE

The undersigned, an employee of Broening Oberg Woods & Wilson, hereby certifies that on the 26th day of March, 2024, he/she caused a copy of the foregoing **STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE** to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

Theodore Parker, III, Esq.
Mahogany Turfley, Esq.
**PARKER, NELSON & ASSOCIATES, CHTD**
2460 Professional Court, Suite 200
Las Vegas, Nevada  89128
*Attorneys for Helix Electric of Nevada, LLC*

  */s/ Joann M. Mendoza*
  An Employee of Broening Oberg Woods & Wilson